| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Pablo** <br> First Name | **Celedonio** <br> Middle Name | <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | <br> First Name | <br> Middle Name | <br> Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number <br> (if known) | 18-17721 | Chapter | 13 |

### SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND CHAPTER 13 PLAN

Debtor, Pablo Celedonio, files this Motion for Extension of Time for the filing of Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan and in support thereof states as follows:

1. On November 21 2018, Debtor(s) filed for Bankruptcy Protection, Chapter 13. His house was on the Sheriff's Sale list in Philadelphia County scheduled for December 4, 2018.
2. Debtor is gathering all of the required financial information such as paystubs, bank account statements, tax returns and reviewing and/or completing information necessary for the Schedules.
3. Debtor is expected to review his Petition the first week of January 2019.

WHEREFORE, Debtor(s) respectfully requests that this Honorable Court grant this Second Motion for Extension of Time in accordance with the attached Proposed Order.

Respectfully submitted,

/s/Tova Weiss
Tova Weiss, Esquire

Date: 12/20/2018