# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Pablo Celedonio** | Case No. | **18-17721** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **December 20, 2018**, a copy of Second Motion for Extension of Time to File Schedules, Statement of Financial Affairs, Chapter 13 Plan and Means Test was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**U.S. Bank National Association**

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**