## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Pablo Celedonio**  
Debtor(s)

Case No. **18-17721**  
Chapter **13**

### ORDER

And Now, this _____ day of _____, 20___, upon consideration and review of Debtor's Second Motion to Extend Time to File Schedules, Statement of Financial Affairs, Meant Test and Chapter 13 Plan, it is hereby ORDERED and DECREED that the filing deadline for said documents is extended until _____, 20____.

_____

J.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy