# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Pablo Celedonio**                                                                                               Case No.  **18-17721**
                                        Debtor(s)                                                                                    Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2018, a copy of Third Motion for Extension of Time to File Schedules, Statement of Financial Affairs, Chapter 13 Plan and Means Test  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**U.S. Bank National Association**

                                                                                             **/s/ Tova Weiss**
                                                                                             **Tova Weiss**
                                                                                             **Blitshtein & Weiss**
                                                                                             **648 2nd Street Pike**
                                                                                             **Southampton, PA 18966**
                                                                                             **215-364-4900Fax:215-364-8050**
                                                                                             **weiss@lawyersbw.com**