# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Pablo Celedonio**

Debtor(s)

Case No.   **18-17721**

Chapter   **13**

## ORDER

And Now, this 9th day of January , 20 19 , upon consideration and review of Debtor's Third

Motion to Extend Time to File Schedules, Statement of Financial Affairs, Meant Test and Chapter 13 Plan, it is

hereby ORDERED and DECREED that the filing deadline for said documents is extended until January 15, 2019.

~~20xxxxxxxx~~

_____

Judge Jean K. FitzSimon   Jxx