```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

```
In re:                                                      Case No. 18-17721-jkf
Pablo Celedonio                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: Christina         Page 1 of 1          Date Rcvd: Jan 10, 2019
                          Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db             +Pablo Celedonio,    5021 Rosehill Street,    Philadelphia, PA 19120-3938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    swaterman@readingch13.com
              TOVA   WEISS    on behalf of Debtor Pablo   Celedonio weiss@lawyersbw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Pablo Celedonio**                                   Case No. **18-17721**

Debtor(s)                                                     Chapter **13**

## ORDER

And Now, this **9th** day of **January**, 20**19**, upon consideration and review of Debtor's Third Motion to Extend Time to File Schedules, Statement of Financial Affairs, Meant Test and Chapter 13 Plan, it is hereby ORDERED and DECREED that the filing deadline for said documents is extended until **January 15, 2019.**

xxxxxxxxx

_____

Judge Jean K. FitzSimon      Jxx