United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-17721-jkf
Pablo Celedonio                                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv            Page 1 of 1              Date Rcvd: Feb 12, 2020
                             Form ID: pdf900       Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db            +Pablo Celedonio,    5021 Rosehill Street,    Philadelphia, PA 19120-3938
14258046       Emergency Care Services of Pennsylvania, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
14248710      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
              (address filed with court:  Snap-on Credit LLC,    950 Technology Way, Suite 301,
              Libertyville, IL 60048)
14260950      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 N. Front Street,
              Harrisburg, PA 17101-1406
14234354      +U.S. Bank National Association,    211 North Front Street,    P.O. Box 15057,
              Harrisburg, PA 17105-5057
14247799      +US Bank National Association,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:39     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:07:08
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2020 03:07:31     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14235264      +E-mail/Text: bankruptcy@cavps.com Feb 13 2020 03:07:28     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14260976      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 13 2020 03:13:44     Directv, LLC,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14265745       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:15:20
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14237546      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 13 2020 03:13:45     T Mobile/T-Mobile USA Inc,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14321471      +E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:39     Water Revenue Bureau,
              c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                        TOTAL: 8


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          TOVA  WEISS    on behalf of Debtor Pablo  Celedonio weiss@lawyersbw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :          **Chapter 13**

**PABLO CELEDONIO**

        **Debtor(s)**                          :          **Bky. No.   18-17721 -JKF**

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.  Any wage orders previously entered are **VACATED**.

4.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6.  **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: February 12, 2020**

                                         **JEAN K. FITZSIMON**
                                         **U.S. BANKRUPTCY JUDGE**