# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Pablo Celedonio**                                                                 Case No.  **18-17721**
                                        Debtor(s)                                           Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2020, a copy of Application for Compensation was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**U.S. Bank National Association**
**City of Philadelphia**
**Direct TV**
**PECO**
**PGW**

                                                                **/s/ Tova Weiss**
                                                                **Tova Weiss**
                                                                **Blitshtein & Weiss**
                                                                **648 2nd Street Pike**
                                                                **Southampton, PA 18966**
                                                                **215-364-4900 Fax:215-364-8050**
                                                                **weiss@lawyersbw.com**