# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Pablo Celedonio** | Case No. | **18-17721** |
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF NO RESPONSE

Tova Weiss, Esquire, counsel for debtor Pablo Celendonio, does hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed as directed in Paragraph 6 of the Dismissal Order.

Date:  3/3/2020

/s/Tova Weiss
Tova Weiss, Esquire
Attorney ID No.: 74015
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
215-364-4900