Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-17721-AMC

PABLO CELEDONIO  
5021 ROSEHILL STREET  
PHILADELPHIA PA  19120

Petition Filed Date: 11/21/2018  
341 Hearing Date: 02/15/2019  
Confirmation Date:

Case Status: Dismissed Before Confirmation on 2/12/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/28/2019 | $200.00 | 25606515734 | 03/06/2019 | $200.00 | 25606516296 | 05/01/2019 | $200.00 | 25824963025 |
| 06/13/2019 | $600.00 | 25824997372 | 08/27/2019 | $200.00 | 25824970754 | 10/29/2019 | $200.00 | 26230458600 |
| 12/03/2019 | $200.00 | 26230486656 | 02/06/2020 | $200.00 | 26183092184 | 02/06/2020 | $200.00 | 26183092195 |

**Total Receipts for the Period: $2,200.00    Amount Refunded to Debtor Since Filing: $15.20    Total Receipts Since Filing: $2,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | TOVA WEISS, ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 0 | PABLO CELEDONIO | Debtor Refunds | $15.20 | $15.20 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,200.00 | Current Monthly Payment: | $194.46 |
| Paid to Claims: | $2,015.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $184.80 | Total Plan Base: | $11,667.60 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.